JOHN MILLION TURCO, ESQ.
Nevada Bar No. 6152
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.916.3330
Turcolaw@gmail.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00141-JCM-VCF-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| JUAN M GALINDO MURRILLO | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED AND AGREED by and between defendant, JUAN M GALINDO MURRILLO, by and through his counsel, John Million Turco, Esq., and the United States America, by its counsel, Edward Veronda, Esq., Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on April 27, 2022 at 11:00 a.m. be vacated and continued to June 3, 2022 at 11:00 a.m..

　　　This Stipulation is entered into for the following reasons:

　　　1. The parties agree to a continuance;

　　　2. Defendant is currently in custody;

　　　3. Counsel for Defendant is not available for the current date set for sentencing;

　　　4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For all the above- stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

7. This is the first request to continue the sentencing date filed herein.

DATED this 19th day of April, 2022

| John Million Turco | Edward Veronda |
|---|---|
| /s/_____ | /s/_____ |
| JOHN MILLION TURCO, ESQ. | EDWARD VERONDA, ESQ. |
| Attorney for Defendant | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:21-cr-00141-JCM-VCF-1 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **FINDINGS OF FACT, CONCLUSIONS OF** |
| ) | **LAW, AND ORDER** |
| ) | |
| JUAN M GALINDO MURRILLO ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ———————————— ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently in custody;

3. Counsel for Defendant is not available for the current sentencing date;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

**CONCLUSIONS OF LAW**

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 2:21-cr-00141-JCM-VCF-1 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| JUAN M GALINDO MURRILLO | ) |
| Defendant. | ) |

Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for April 27, 2022 at the hour of 11:00 a.m., be vacated and continued to **April 29, 2022**, at the hour of **10:00 a.m.**.

DATED April 21, 2022.

_____
UNITED STATES DISTRICT JUDGE