UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JUAN MANUEL GALINDO-MURRILLO,<br><br>Defendant(s). | Case No. 2:21-CR-141 JCM (VCF)<br><br>ORDER |

Presently before the court is defendant Juan Manuel Galindo-Murrillo's ("Galindo-Murrillo") pro se motion for return of property. (ECF No. 44).

On May 5, 2021, the United States of America ("the government") filed a criminal complaint against Galindo-Murrillo. (ECF No. 1). Two days later, the court appointed the federal public defender for the District of Nevada as Galindo-Murrillo's counsel. (ECF No. 8). By May 27, 2021, attorney John Million Turco ("Turco") filed a notice of attorney appearance and designation of retained counsel for Galindo-Murrillo. (ECF Nos. 19; 20). Turco represented Galindo-Murrillo through sentencing and remains his designated counsel. (*See* ECF No. 41).

Pursuant to local rule IA 11-6(a):

> Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

Further, local rule IA-6(b) provides that "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Finally, local rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

**James C. Mahan**
**U.S. District Judge**

1  Here, Galindo-Murrillo's motion is improperly filed as a pro se motion without the
2  signature of his attorney.  (*See* ECF No. 44 at 1, 8).  Therefore, the court STRIKES it from the
3  record.  If Galindo-Murrillo seeks to move this court for further action in this matter, he must do
4  so through his attorney or after his attorney withdraws.

5  Accordingly,

6  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Galindo-Murrillo's
7  motion for return of property (ECF No. 44) be, and the same hereby is, STRICKEN and held for
8  naught.

9  DATED August 3, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -